IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JAMON R. SIMMONS )<br>)<br>Defendant. ) | Criminal Action No. 07- 69-UNA<br><br>REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about May 02, 2007, in the State and District of Delaware, JAMON R. SIMMONS, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is .38 Charter Arms revolver, serial number 624194, after having been convicted on or about October 3, 2000, of a crime punishable by imprisonment for a term exceeding one year, in Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).



FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a .38 Charter Arms revolver, serial number 624194, and (4) four .38 caliber cartridges.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
for Shawn E. Martyniak
Special Assistant United States Attorney

Dated: May 22, 2007