IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-69-GMS |
| JAMON SIMMONS, | : | |
| Defendant. | : | |

### ORDER

In response to Defendant's Unopposed Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _13rd_ day of _Dec._, 2007, that Defendant's sentencing hearing is rescheduled for the _13th_ day of _March_, 2008 at _9:30 a.m._ a.m./p.m.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court

FILED

DEC 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE