IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>JAMON R. SIMMONS<br>　　　Defendant. | §<br>§<br>§　CRIMINAL ACTION NO. 07-69-GMS<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
　　　WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
　　　WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JAMON R. SIMMONS** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **MARIO T. WOODING** was charged with a violation of 18:922(g)(1) and 924(a)(2) for an **INITIAL APPEARANCE on THURSDAY JUNE 28, 2007** at **1:00 PM** and to remain in the custody of the U.S. Marshal's Service until the proceedings are complete. And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 18th day of June 2007.

　　　　　　　　　　　　　　　　　　　PETER T. DALLEO, CLERK

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CERTIFIED: C-21-07
AS A TRUE COPY:
　ATTEST:
　PETER T. DALLEO, CLERK
BY _____
　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JAMON R. SIMMONS<br>    Defendant. | §<br>§<br>§  CRIMINAL ACTION NO. 07-69-GMS<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JAMON R. SIMMONS** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **MARIO T. WOODING** was charged with a violation of 18:922(g)(1) and 924(a)(2) for an **INITIAL APPEARANCE on THURSDAY JUNE 28, 2007** at **1:00 PM** and to remain in the custody of the U.S. Marshal's Service until the proceedings are complete. And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 18th day of June 2007.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

CERTIFIED: C-21-07
AS A TRUE COPY:
    ATTEST:
    PETER T. DALLEO, CLERK
BY _____
    Deputy Clerk